**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JOHN FRANK MONEK, | : | No. 355 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION | : | |
| AND PAROLE, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

   **AND NOW**, this 6th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.